UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JAMISON, #526783,

       Plaintiff,

                                       CASE NO. 2:14-CV-14913
v.                                     HONORABLE VICTORIA A. ROBERTS

LARRY JOE WEEKS, ET AL.,

       Defendants.
_____/

**OPINION AND ORDER OF DISMISSAL**

      In December, 2014, Michigan prisoner Robert Jamison ("Plaintiff") filed a pro se Prisoner Civil Rights Complaint pursuant to 42 U.S.C. § 1983 alleging that he was coerced into taking a polygraph examination by Morenci Police Chief Larry Joe Weeks and FBI agents and that he was subject to excessive force by a Morenci police officer.  At the time he instituted this action, Plaintiff did not pay the required filing and administrative fees, nor did he properly apply to proceed without prepayment of those fees.  Under the provisions of the Prison Litigation Reform Act of 1995, if a prisoner wishes to proceed in forma pauperis, *i.e.*, without prepayment of the filing fee, the prisoner must file a certified trust account statement and an affidavit of indigence. 28 U.S.C. § 1915(a)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997), overruled on other grounds, *LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013).  Plaintiff did not do so.  Consequently, the Court issued a deficiency order requiring him to either pay the filing and administrative fees or submit a properly completed application with supporting documents to proceed without prepayment of the fees within 30 days – by February 12, 2015.  The order provided that if Plaintiff did not do so, his case would be dismissed.  Plaintiff failed to correct the deficiency within the allotted time.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the Prisoner Civil Rights Complaint.  The Court makes no determination as to the merits of the case.  Lastly, the Court concludes that appeal from this decision cannot be taken in good faith.  This case is closed.

**IT IS SO ORDERED**.

S/Victoria A. Roberts  
VICTORIA A. ROBERTS  
UNITED STATES DISTRICT JUDGE

Dated:  February 23, 2015